CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 2 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ELISTON F. GEORGE,<br>    Plaintiff, | Civil Action No. 7:08cv00577 |
| v. | **MEMORANDUM OPINION** |
| GENE M. JOHNSON, <u>et al.</u>,<br>    Defendants. | By: Samuel G. Wilson<br>United States District Judge |

Plaintiff Eliston F. George, a Virginia prisoner proceeding <u>pro se</u>, brings this action pursuant to 42 U.S.C. § 1983 without prepayment of filing fees. The court liberally construes this filing as containing a request to proceed <u>in forma pauperis</u>. However, this court has dismissed at least three of George's previous complaints on the grounds that they were frivolous, malicious, or failed to state a claim.[1] Therefore, George may not proceed with this action unless he either pays the $350.00 filing fee or shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

As George has neither prepaid the filing fee nor demonstrated that he is "under imminent danger of serious physical injury," the court dismisses his complaint without prejudice and denies his motion to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915(g).[2]

The Clerk is directed to send a certified copy of this Memorandum Opinion and the accompanying Order to the plaintiff.

ENTER: This ____ day of December, 2008.

_____
United States District Judge

---

[1] <u>See</u> <u>George v. Young</u>, Civil Action No. 7:02cv00818 (W.D. Va. Sept. 24, 2002) (dismissed pursuant to 28 U.S.C. § 1915A(b)(1)); <u>George v. VDOC</u>, Civil Action No. 7:04cv00113 (W.D. Va. Mar. 10, 2004) (dismissed pursuant to 28 U.S.C. § 1915A(b)(1)); <u>George v. VDOC</u>, Civil Action No. 7:04cv00137 (W.D. Va. Mar. 24, 2004) (dismissed pursuant to 28 U.S.C. § 1915A(b)(1)).

[2] The court notified George, by conditional filing order, that he may not file civil actions in this court unless he either pays the filing fee or demonstrates that he is under imminent danger of serious physical injury and gave him the opportunity to submit payment or otherwise amend his complaint. However, George neither paid the fee nor amended his complaint to show that he is under imminent danger of serious physical harm.