CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 2 2008

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELISTON F. GEORGE,<br>    Plaintiff, | )<br>)<br>) Civil Action No. 7:08cv00577<br>) |
| v. | ) **FINAL ORDER**<br>) |
| GENE M. JOHNSON, et al.,<br>    Defendants. | )<br>) By: Samuel G. Wilson<br>)   United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that George's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); his request to proceed in forma pauperis is **DENIED**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This ____ day of December, 2008.

United States District Judge